**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRI RILEY-LEE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ORTIZ S. HERRON,<br><br>　　　　Defendant.　　　　　　　　　／ | No. C 10-2397 SI<br>No. C 10-2399 SI<br>No. C 10-2400 SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINTS IN ALL THREE CASES** |

　　　　On May 28, 2010, plaintiff Katri Riley-Lee filed three complaints in this Court, as well as applications to proceed *in forma pauperis*. *Katri Riley-Lee v. Herron*, C 10-2397 SI, *Katri Riley-Lee v. Igcor et al.*, C 10-2399 SI, and *Katri Riley-Lee v. Manson et al.*, C 10-2400 SI. On June 22, 2010, Magistrate Judge Elizabeth LaPorte filed a Report and Recommendation recommending that the Court grant plaintiff's applications to proceed *in forma pauperis*, and dismiss the complaints with prejudice pursuant to 28 U.S.C. § 1915(e)(2). Judge LaPorte's Report and Recommendation stated that any party may serve and file objections to the Report and Recommendation within 10 days after being served. Plaintiff did not file an objection to the Report and Recommendation.

　　　　The Court has reviewed the Report and Recommendation and the complaints, and concludes that the complaints should be dismissed for the reasons set forth in the Report and Recommendation. Accordingly, the Court ADOPTS the Report and Recommendation and DISMISSES the complaints with prejudice pursuant to 28 U.S.C. § 1915(e)(2).

　　　　**IT IS SO ORDERED.**

Dated: September 1, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_Susan Illston_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge